AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 10 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Kevin Martin Gentry<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 1:19mj657-RHW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 9, 2019  in the county of  Harrison  in the  Southern  District of  MS, Southern Division , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 26 USC 5861(d) | Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Perry, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: OCT. 10, 2019

_____
*Judge's signature*

City and state:  Gulfport, Mississippi     Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

STATE OF MISSISSIPPI )

COUNTY OF HARRISON )

SOUTHERN DISTRICT OF MISSISSIPPI )

I, David Perry, being duly sworn and deposed, state the following:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, assigned to the ATF's Gulfport, MS Field Office. I have been an ATF Special Agent for ten years. Prior to my employment with ATF, I served as a Patrol Officer, Narcotics Investigator and Criminal Investigator for the City of Biloxi, Mississippi, for nine years. I also have three years of military service with the U.S. Army as a Military Police Officer. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and ATF Special Agent Basic Training Academy. I am a graduate of the University of Southern Mississippi, and hold a Bachelor's degree in Business Administration. As an ATF Agent, I am empowered to investigate violations of Federal Firearms, Arson and Explosive Laws.

I have been involved in numerous investigations involving the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers/gang members, illegal sale or possession of machineguns and short-barrel shotguns or rifles, and the manufacture, possession or use of illegal explosive devices. Several of these investigations have included conspiratorial relationships between multiple defendants and generally involve a series or pattern of criminal activities or multiple criminal schemes.

This affidavit is based on information learned from law enforcement agents, sources and my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a Federal Criminal Complaint and Arrest Warrant. This affidavit does not include all the facts that have been learned during the course of this investigation.

Based on personal knowledge and information I received from various law enforcement sources including the Long Beach Police department, I am aware of the following facts:

1. On October 9, 2019, Long Beach Police responded to an address on Arbor Station Dive Long Beach, MS in reference to an aggravated assault in progress involving a man with a knife. Upon arrival officers made contact with Kevin GENTRY, (Victim 01) and (Victim 02). At the time GENTRY was forcibly holding (Victim 01) at knife point and (Victim 01) was bleeding profusely from the neck. Officers also noted that (Victim 02) was suffering from stab wounds to

the neck. GENTRY was disarmed and detained.

2. A further investigation revealed that GENTRY initiated an altercation by forcing himself into the residence (353 Arbor Station Dr Long Beach, MS) where (Victim 01) and (Victim 02) were located. During the altercation GENTRY displayed a knife, attacked and stabbed both (Victim 01) and (Victim 02). As a result (Victim 01) sustained a large laceration to the right side of the neck that required emergency medical treatment. (Victim 02) also sustained lacerations to the neck.

3. Long Beach Police subsequently located GENTRY'S vehicle parked near the crime scene. Detectives determined GENTRY utilized the vehicle to facilitate the assault. Long Beach Detectives applied for and were granted a search warrant for the vehicle from Long Beach Municipal Court.

4. During the execution of the search warrant the following items were recovered:

- Firearm (Type: "Weapon Made From a Rifle", Manufacturer: L.A.R. Manufacturing, Model: Grizzly-15, Caliber: 5.56, Serial Number: LX009150, Barrel Length: 7 ¾", Overall Length: 26 ¼")
- 07 magazines containing a total of 214 live rounds of 5.56 caliber ammunition
- 01 suspected firearm silencer

5. ATF Special Agent Perry examined the recovered firearm and measured its barrel length and overall length. The measurements revealed a barrel length of approximately 7 ¾ inches and overall length of approximately 26 ¼ inches.

6. ATF Special Agent Perry and ATF Task Force Officer Bryant subsequently conducted an interview with GENTRY, regarding the recovered firearm. Prior to the interview GENTRY was advised of his Miranda Rights in written and verbal form. In response GENTRY signed a Miranda Rights waiver form and agreed to answer questions without an attorney present.

7. During the interview, GENTRY admitted to sole possession of the recovered firearm. GENTRY stated he purchased the firearm in 2012 in the State of Utah. GENTRY reported he maintained sole ownership and possession of the firearm until it was recovered by the Long Beach Police Department. GENTRY stated he never completed an ATF Form 1 (Application to Make and Register a Firearm through the National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms and Explosives). GENTRY reported the recovered firearm was not registered in the National Firearms Registration and Transfer Record.

8. ATF Special Agent Shane Lynes conducted an Interstate Nexus Investigation regarding the recovered firearm. The investigation revealed the firearm was not manufactured in the State of Mississippi, and therefore, moved in or affected interstate commerce.

9. On October 9, 2019, a query was conducted with the National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms and Explosives. The query revealed that the firearm was not registered.

10. The amended Gun Control Act of 1968 (GCA), defines "firearm" to include: "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive ... [and] ... the frame or receiver of any such weapon" (See 18 U.S.C. 921(a)(3)).

11. The National Firearms Act (NFA) defines "firearm" to include: "a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length" (See 26 U.S.C. 5845(a)(4)). Pursuant to Title 26 U.S.C., Section 5861(d), it is unlawful to possess a firearm "weapon made from a rifle" not registered in the National Firearms Registration and Transfer Record.

12. Based upon the foregoing information, my training and experience, I submit that this information establishes probable cause to believe Kevin GENTRY, violated Title 26, U.S.C., Section 5861(d), in that on or about the 9th day of October, 2019, in Harrison County, in the Southern District of Mississippi, the defendant, Kevin GENTRY, possessed a firearm "weapon made from a rifle" not registered in the National Firearms Registration and Transfer Record.

_____
David Perry
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed before me this, the 10TH day of October 2019.

_____
Robert H. Walker
United States Magistrate Judge